ORIGINAL

FILED
11/01/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 21-0425

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0425

JAY DONALD WITKOWSKI,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

NOV 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Jay Donald Witkowski moves this Court "for a copy of the surveillance video from Valley County Jail[.]" He requests a copy of the day of his attempted escape there in August 2017. He served his motion on opposing counsel. No response has been filed.

Witkowski appeals a June 10, 2021 Valley County District Court Order to Dismiss Petitioner's Petition for Post Conviction Relief.

This Court does not have any copies of surveillance videos from a jail or a court. As explained to Witkowski last month, this Court is an appellate court of review, which means that we review the District Court record and written briefs. Here, the record contains paper documents in this appeal of a postconviction relief proceeding. M. R. App. P. 8(1). We observe that Witkowski filed his opening brief on June 13, 2022, and the State has yet to file its response brief. Therefore,

IT IS ORDERED that Witkowski's Motion for a copy of the surveillance video is DISMISSED, as moot.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Jay Donald Witkowski personally.

DATED this 1st day of November, 2022.

For the Court,

By _____
Chief Justice